# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00130-CV

**Andrew Coney; Mitchell Walker; Capital City Drug, LLC; and
Axia Medical Solutions, LLC, Appellants**

**v.**

**Prodigy Health, LLC, Appellee**

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-24-000218, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

---

## NO. 03-24-00268-CV

**Brett Udland, Appellant**

**v.**

**Prodigy Health, LLC, Appellee**

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-24-000218, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Brett Uland has filed an unopposed motion to consolidate this appeal with cause number 03-24-00130-CV. Uland informs us that both appeals arise from the same case and concern the same subject matter. We grant the motion and consolidate this appeal with

cause number 03-24-00130-CV for all purposes. The issues, records, and documents filed in cause number 03-24-00268-CV are consolidated into cause number 03-24-00130-CV. The consolidated appeal shall proceed under appeal number 03-24-00130-CV and cause number 03-24-00268-CV is hereby dismissed. *See* Tex. R. App. P. 42.1(a). Appellate deadlines will run from the date that the record in appeal number 03-24-00130-CV is complete.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

No. 03-24-00130-CV Consolidated

No. 03-24-00268-CV Dismissed

Filed: May 10, 2024